2/20/2011                                        CreditCheck(R) Total

Date Open: 2/1/2010
Balance: $1,023.00
Terms: Unknown
High Balance:
Limit:
Past Due:
Payment Status: Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department
Comments: Subscriber reports dispute resolved - consumer disagrees

**24-Month Payment History**

| Date: | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | Jan 11 | Feb 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | KD | ND | ND | ND | ND | ND | ND | ND | ND | ND | KD | KD |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

**APOLLO GROUP INC.**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | ▬ | ▬ | |
| Account Number: | ▬ | ▬ | |
| Acct Type: | ▬ | | |
| Acct Status: | | | |
| Monthly Payment: | | | |
| Date Open: | ▬ | ▬ | |
| Balance: | ▬ | | |
| Terms: | ▬ | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | ▬ | ▬ | |
| Payment Status: | ▬ | | |
| Comments: | | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS | |

**24-Month Payment History**

| Date: | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | Jan 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | ND | KD | KD | KD | ND | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | ND | KD | KD | KD | ND | KD | KD | |
| Equifax: | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

**ARROW FINANCIAL SERV**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | ARROW FINANCIAL SERV | |
| Account Number: | | AFS ASSIG-2992XXXX | |
| Acct Type: | | Open Account | |
| Acct Status: | | | |
| Monthly Payment: | | | |
| Date Open: | | 1/1/0001 | |
| Balance: | | $5,899.00 | |
| Terms: | | | |
| High Balance: | | $4,170.00 | |
| Limit: | | | |
| Past Due: | | $5,899.00 | |
| Payment Status: | | At least 120 days or more than four payments past due | |

creditchecktotal.com/.../ReportView.as...                                                                                                     7/22

Status: At least 120 days or more than four payments past due
Comments: COLLECTION ACCOUNT

**24-Month Payment History**

| Date: | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 | Aug 06 | Sep 06 | Oct 06 | Nov 06 | Dec 06 | Jan 07 | Feb 07 | Mar 07 | Apr 07 | May 07 | Jun 07 | Jul 07 | Aug 07 | Sep 07 | Oct 07 | Nov 07 | Dec 07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

**ARROW FINCL**



|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | ARROW FINANCIAL SERVIC | | ARROW FINCL |
| Account Number: | 2992XXXX | | 2992XXXX |
| Acct Type: | Collection Department / Agency / Attorney | | Collection Account |
| Acct Status: | Closed | | Open |
| Monthly Payment: | | | |
| Date Open: | 5/1/2005 | | 5/23/2005 |
| Balance: | $5,899.00 | | $5,899.00 |
| Terms: | 1 Month | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | $5,899.00 | | |
| Payment Status: | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | | Collection account Placed for collection |
| Comments: | | | |

**24-Month Payment History**

| Date: | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 | Aug 06 | Sep 06 | Oct 06 | Nov 06 | Dec 06 | Jan 07 | Feb 07 | Mar 07 | Apr 07 | May 07 | Jun 07 | Jul 07 | Aug 07 | Sep 07 | Oct 07 | Nov 07 | Dec 07 | Jan 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | KD | ND | KD | KD | KD | KD | KD | KD | ND | ND | ND | ND | ND | KD | ND | ND | ND | KD | ND | ND | ND | ND | KD | KD |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

**CARECDT/GEMB**



|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | GEMB/CARE CREDIT | | CARECDT/GEMB |
| Account Number: | 60191803XXXX | | 60191803XXXX |
| Acct Type: | Charge Account | | Revolving account |
| Acct Status: | Closed | | Closed |
| Monthly Payment: | | | |
| Date Open: | 3/1/2004 | | 3/4/2004 |
| Balance: | | | $0.00 |
| Terms: | Revolving | | |
| High Balance: | | | $4,170.00 |
| Limit: | $5,000.00 | | $0.00 |
| Past Due: | | | $0.00 |
| Payment Status: | Charge-off | | 120 days past due |
| Comments: | Transferred to another lender or claim purchased | | Purchased by another lender |

**24-Month Payment History**

| Date: | Aug 03 | Sep 03 | Oct 03 | Nov 03 | Dec 03 | Jan 04 | Feb 04 | Mar 04 | Apr 04 | May 04 | Jun 04 | Jul 04 | Aug 04 | Sep 04 | Oct 04 | Nov 04 | Dec 04 | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | KD | KD | KD | KD | |